UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| PATRICIA LEE | CASE NO: 5:23-cv-00130-KKC |
| Plaintiff, | Judge: Caldwell |
| v. | **MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| VISION & BEYOND GROUP LLC, et al., | |
| Defendants, | |

The undersigned, as counsel of record for Defendants, Vision & Beyond Group, LLC and Affordable Management & Beyond Group, LLC, hereby moves this Court for leave to withdraw as counsel of record in the above-captioned matter pursuant to Local Rule 83.6. Continued representation of the Defendant is no longer viable. In accordance with Local Rule 83.6(a), the last known address, email address and phone number for the client is as follows: 2100 Auburn Ave. Cincinnati, Ohio 45219, cinoffice@vnbinvest.com, (513) 996-4002.

Principal party for Defendant, Stanislav Grinberg, has been notified in writing, has received a copy of this Motion and has given informed consent to the termination of representation in this case. The principal party has been advised of the status of this litigation, counsel has taken steps to minimize any potential adverse effects on the client's interests, and Defendant will not be prejudiced by counsel's withdrawal.

The undersigned respectfully requests that this Court grant leave to withdraw as counsel in this case and enter an order permitting the withdrawal of undersigned attorney of record.

Respectfully submitted,

/s/ *Zachary Gottesman*

        Zachary Gottesman (86288)
        Gottesman and Associates, LLC
        9200 Montgomery Rd.
        Building E, Suite 18B
        Cincinnati, Ohio 54242
        Tel: (513) 651-2121
        zg@zgottesmanlaw.com

## Certificate of Service

The undersigned hereby certifies that a true and accurate copy of the foregoing was served through the Court's CM/ECF system on the 14th day of January, 2025 on the following:

Bernard R. Mazaheri
Mazaheri & Mazaheri
P.O. Box 656
Frankfort, Kentucky 40602
Telephone: (502) 475-8201
Email – bernie@thelaborfirm.com
*Attorney for Plaintiff*

        /s/ *Zachary Gottesman*
        Zachary Gottesman (86288)
        Gottesman and Associates, LLC