UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

PATRICIA LEE

    Plaintiff,

    v.

VISION & BEYOND GROUP
LLC, et al.,

    Defendants,

CASE NO: 5:23-cv-00130-KKC

Judge: Caldwell

**ENTRY GRANTING MOTION TO WITHDRAW**

The Motion to Withdraw as counsel of record for Defendants filed by Zachary Gottesman and Gottesman & Associates, LLC, is hereby granted.

It is So Ordered

                                                Judge Caldwell