UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| PATRICIA LEE | CASE NO: 5:23-cv-00130-KKC |
| Plaintiff, | Judge: Caldwell |
| v. | **RENEWED MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| VISION & BEYOND GROUP LLC, et al., | |
| Defendants, | |

The undersigned, as counsel of record for Defendants, Vision & Beyond Group, LLC and Affordable Management & Beyond Group, LLC, hereby moves this Court for leave to withdraw as counsel of record in the above-captioned matter pursuant to Local Rule 83.6.

Defendants Vision & Beyond Group, LLC and Affordable Management & Beyond Group, LLC have ceased doing business and have failed to pay past due bills for service. Furthermore, principles and other management have ceased communication with counsel making continued representation of the Defendant no longer viable. In accordance with Local Rule 83.6(a), the last known address, email address and phone number for the client is as follows: 2100 Auburn Ave. Cincinnati, Ohio 45219, cinoffice@vnbinvest.com, (513) 996-4002.

Stanislav Grinberg, a principal of Defendants, has been notified in writing, has received a copy of this Motion and has consented to the termination of representation in this case. Mr. Grinberg has been advised of the status of this litigation, counsel has taken

steps to minimize any potential adverse effects on the client's interests, and Defendant will not be prejudiced by counsel's withdrawal.

The undersigned respectfully requests that this Court grant the renewed motion to withdraw as counsel in this case and enter an order accordingly.

        Respectfully submitted,

        */s/ Zachary Gottesman*
        Zachary Gottesman (86288)
        Gottesman and Associates, LLC
        9200 Montgomery Rd.
        Building E, Suite 18B
        Cincinnati, Ohio 54242
        Tel: (513) 651-2121
        zg@zgottesmanlaw.com

**Certificate of Service**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served through the Court's CM/ECF system on the 7th day of February, 2025 on the following:

Bernard R. Mazaheri
Mazaheri & Mazaheri
P.O. Box 656
Frankfort, Kentucky 40602
Telephone: (502) 475-8201
Email – bernie@thelaborfirm.com
*Attorney for Plaintiff*

        */s/ Zachary Gottesman*
        Zachary Gottesman (86288)
        Gottesman and Associates, LLC